UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  11-20331-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

IZHAR KHAN,

    Defendant.
_____/

**ORDER SETTING HEARING ON MOTION**

    This matter is before the Court pursuant to Defendant Izhar Khan's **Sealed** Motion for Reconsideration of Pretrial Detention Order Regarding Izhar Khan (ECF No. 80) and Request for Hearing, filed May 7, 2012, it is hereby

    **ORDERED AND ADJUDGED** that the Defendant's Motion (**ECF No. 308**) is set for a **hearing** before this Court on **Tuesday, June 19, 2012 at 8:30 a.m.** at the Wilkie D. Ferguson, Jr. Federal Courthouse, 400 N. Miami Avenue, Courtroom 12-3 Miami, Florida.  The defendant is required present for this hearing and the Court has set aside  **30 minutes**.

    **DONE and ORDERED** in chambers, at Miami, Florida, on June 13, 2012.

_[signature]_
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

cc: AUSA John Shipley
    AUSA Michael Sullivan
    AUSA Sivashree Sundaram
    Joseph Rosenbaum, Esquire